# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA<br>On Relation by Charles C.: Miller<br>ex rel. Randall Lynn, Harper, et al.,<br><br>        Plaintiffs<br><br>v.<br><br>THE FEDERAL RESERVE<br>A Private Stock Company<br>Eric S. Rosengren dba Eric S. Rosengren<br>President and CEO, Federal Reserve<br>Bank of Boston, et al.,<br><br>        Defendants | Case No. 1:10cv-00008-RJL |

## ERRATA

Defendants[1] hereby submit a corrected page two (2) of the Motion to Dismiss filed on February 18, 2010 [Docket No. 5], in which the reference to the "State of Georgia" in paragraph 3 of the Motion has been changed to the "State of California."

                              FEDERAL RESERVE BANK OF BOSTON
                              Eric S. Rosengren, President
                              FEDERAL RESERVE BANK OF NEW YORK
                              William C. Dudley, President
                              FEDERAL RESERVE BANK OF PHILADELPHIA
                              Charles I. Posner, President
                              FEDERAL RESERVE BANK OF CLEVELAND
                              Sandra Pianalto, President
                              FEDERAL RESERVE BANK OF RICHMOND
                              Jeffrey M. Lacker, President

---

[1] Gary H. Stern is named as President of the Federal Reserve Bank of Minneapolis. Mr. Stern is no longer President, and Defendants will treat the pleadings as if the current President, Narayana Kocherlakota, had been named.

        FEDERAL RESERVE BANK OF ATLANTA
        Dennis P. Lockhart, President
        FEDERAL RESERVE BANK OF CHICAGO
        Charles Evans, President
        FEDERAL RESERVE BANK OF ST. LOUIS
        James Bullard, President
        FEDERAL RESERVE BANK OF MINNEAPOLIS
        Narayana Kocherlakota, President, substituted
        for Gary H. Stern, no longer President
        FEDERAL RESERVE BANK OF KANSAS CITY
        Thomas M. Hoenig, President
        FEDERAL RESERVE BANK OF DALLAS
        Richard W. Fisher, President
        FEDERAL RESERVE BANK OF SAN FRANCISCO
        Janet L. Yellen, President
        By their attorneys

| /s/George R. Pitts | /s/Frank E. Brown, Jr. |
|---|---|
| George R. Pitts | Frank E. Brown, Jr. |
| D.C. Bar No. 417666 | *Pro hac vice* pending |
| Attorney for Defendants | Attorney for Defendants |
| Dickstein Shapiro LLP | Saunders & Brown, PLC |
| 1825 Eye Street, N.W. | 8280 Greensboro Dr., Ste. 601 |
| Washington, D.C. 20006-5403 | McLean, VA 22102 |
| Telephone: (202) 420-3158 | Telephone: (703) 506-1022 |
| Fax: (202) 420-2201 | Fax: (703) 506-1095 |
| pittsg@dicksteinshapiro.com | gbrown@saundersbrown.com |

DSMDB-2756003v01

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2010, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I have reason to believe that the Plaintiffs will not use the CM/ECF system. Accordingly, I hereby certify that I have served the foregoing by U.S. mail, first-class postage prepaid, to the following:

Dean Arlo Arp
37326 Auburn Enumclaw Rd. S.E.
Auburn, Washington 98092

Wanda Elene Arp
37326 Auburn Enumclaw Rd. S.E.
Auburn, Washington 98092

Teresa Feller
12410 182 Avenue East
Bonney Lake, Washington 98391

Charles C. Miller
1204 Auburn Way N., #416
Auburn, Washington 98002

Shirsha Sumeru
8918 108th Street S.W.
Lakewood, Washington 98498

/s/George R. Pitts
George R. Pitts

Columbia. Therefore, with the exception of Fed Richmond, this Court lacks personal jurisdiction over the Defendant Reserve Banks. *Rule 12(b)(2).*

2.    Each Reserve Bank is a separate corporate entity, chartered by the Comptroller of the Currency, and their officers and directors, including the individual Reserve Bank presidents named in the Complaint, are protected from personal liability.  The Complaint contains no factual allegations that would justify the imposition of personal liability, and no factual allegations that any of the named presidents transacts business in the District of Columbia.  Therefore (a) this Court lacks personal jurisdiction over the named presidents of the Reserve Banks, and (b) the Complaint states no cause of action against them as individuals. *Rules 12(b)(2) and 12(b)(6).*

3.    Because Plaintiffs lack standing to bring this action, this Court also lacks subject matter jurisdiction. *Rule 12(b)(1).*  Among the numerous defects in the requirements for Article III standing that a review of the Complaint reveals, Plaintiffs themselves admit that the State of California would be the proper party to bring this suit.

4.    The Complaint states no cause of action upon which relief can be granted, *Rule 12(b)(6)*, because it states no cause of action at all.  Rather, Plaintiffs merely posit an abstract political theory of the relationship between the governed and the government which they claim represents reality and that they allege has been unconstitutionally altered by the "Federal

DSMDB-2754560v01